## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURA McCORMICK** | : | |
| **Plaintiff** | : | **CIVIL ACTION** |
| | : | **NO  10-cv-1660** |
| | : | |
| | : | **JURY TRIAL DEMANDED** |
| | : | |
| **v.** | : | |
| | : | |
| **COUNTY OF BUCKS** | : | |
| **and** | : | |
| **DAVID NEIL, JR., Individually and in** | : | |
| **His Official Capacity with the County** | : | |
| **Of Bucks** | : | |
| **Defendants.** | : | |

## PLAINTIFF'S SECOND AMENDED COMPLAINT

### I.    INTRODUCTION

Plaintiff Maura McCormick files the within action to redress the violations of the Equal Protection Clause and the Fourteenth Amendment of the United States Constitution, 42 U.S.C. § 1983 and seeks declaratory relief and damages.

### II.    JURISDICTION

1.    This Court has subject matter jurisdiction over this civil rights action pursuant to 28 U.S.C. § 1331, and pursuant to 28 U.S.C. § 1343.

2.    This is an action pursuant to the Fourteenth Amendment to the U.S. Constitution, 42 U.S.C. § 1983, to redress the deprivation of Plaintiff's constitutional rights who, due to her female gender, was subjected to daily severe and pervasive sexual harassment and gender discrimination which was severe and pervasive enough to change and/or materially affect the terms, conditions and privileges of Plaintiff's employment with Defendant County of Bucks.

3.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(h), since all Defendants reside in this District and the events giving rise to the claims occurred in this District.

**III.    PARTIES**

4.      Plaintiff Maura McCormick is an adult female individual and a citizen and resident of the Commonwealth of Pennsylvania, residing therein at 910 Avenue B, Langhorne, PA 19047.

5.      Defendant County of Bucks is a political subdivision within the Commonwealth of Pennsylvania, headquartered at 55 East Court Street, Doylestown, PA 18901.

6.      Defendant David Neil, Jr. Individually and in his Official Capacity with the County of Bucks is an adult male individual, who is believed to be a citizen and resident of the Commonwealth of Pennsylvania, whose address for purposes of service of process is c/o County of Bucks, 55 East Court Street, Doylestown, PA 18901.

**IV.    FACTS UPON WHICH CLAIMS ARE BASED**

7.      Plaintiff Maura McCormick has been employed as a 911 Dispatcher for Defendant County of Bucks since approximately 2001.

8.      At all times relevant hereto, Defendant David Neil, Jr., served as the Assistant Superintendent of Operations of Department of Emergency Communications of Defendant County of Bucks.

9.      At all relevant times, Defendant David Neil, Jr.'s position was superior to the position of Plaintiff McCormick and Defendant David Neil, Jr. had supervisory authority over Plaintiff.

10.     At all relevant times, Defendant David Neil, Jr. was acting in his official capacity and under color of state law.

11.    At all relevant times, Defendant David Neil, Jr., while acting in his supervisory and official capacity and under the color of state law, engaged in daily pattern and practice of severe and pervasive sexual harassment and gender discrimination directed towards Plaintiff Maura McCormick, an employee of Defendant County of Bucks' Radio Room and Emergency Communications Department.

12.    At all relevant times, Defendant County of Bucks knew or should have known about the existence of a sexually charged, discriminatory and derogatory atmosphere in its Department of Emergency Communications and specifically in Defendant's Radio Room, where on a daily basis, Plaintiff Maura McCormick was subjected to sexually suggestive remarks, lewd jokes, unwelcome touching, pornographic and sexually explicit imagery and unwanted sexual harassment by supervisors, including by Defendant David Neil, Jr.

13.    Beginning in or about 2001 and continuing on a daily basis until his termination in April of 2008, Defendant David Neil, Jr., engaged in the pattern and practice of severe and pervasive sexual harassment and gender discrimination directed towards Plaintiff Maura McCormick, which included, but was not limited to making sexually suggestive remarks, lewd jokes and commentary, unwelcome touching and other unwanted sexual harassment.

## COUNT I
### PLAINTIFF MAURA MCCORMICK v. ALL DEFENDANTS
### VIOLATION OF THE EQUAL PROTECTION CLAUSE OF THE U.S. CONSTITUTION
### 42 U.S.C. § 1983

14.    Plaintiff Maura McCormick hereby incorporates the preceding paragraphs of her Complaint as though stated in length herein.

15.    The above-described conduct of Defendants constitutes a pattern and practice of harassment and discrimination based on Plaintiff's female gender.

16.    The said conduct was severe and pervasive and affected the terms, conditions and

3

privileges of Plaintiff's employment and created a hostile work environment for Plaintiff based on her female gender.

17.     At all times Defendants were acting as state actors, in their official capacities and under the color of state law, and with express intent to discriminate against Plaintiff based on her female gender and to deprive her of her Constitutional Right to Equal Protection Under the Law.

18.     As a result of Defendants' conduct, as described above, Plaintiff Maura McCormick suffered injuries and damages, which include, but are not limited to emotional distress, embarrassment and humiliation, anxiety, sleep disturbances, depressed mood, feelings of worthlessness, helplessness, and hopelessness, loss of enjoyment of life and life's pleasures and other ills, injuries and damages the full extent of which is yet unknown and which may continue indefinitely into the future.

19.     As a further result of Defendants' conduct, as described above, Plaintiff Maura McCormick was forced to incur and is expected to continue to incur ongoing attorney's fees and various other administrative costs, the full extent of which is not yet known.

WHEREFORE, Plaintiff Maura McCormick requests the following relief be granted:

a)     This Honorable Court find that Defendants are in violation of the law and have infringed on Plaintiff's Constitutional Rights to Equal Protection Under the Law.

b)     That Defendants be forever and permanently enjoined from infringing on Plaintiff's Constitutional Rights.

c)     That Defendants be ordered to pay Plaintiff Maura McCormick damages and be required to pay Plaintiff's attorneys' fees and costs of suit.

d)     That this Honorable Court order any other relief that may be just and proper under the Constitution and laws of the United States.

## COUNT II
## PLAINTIFF MAURA MCCORMICK v. DEFENDANT DAVID NEIL, JR.
## PUNITIVE DAMAGES

20.    Plaintiff hereby incorporates the preceding paragraphs of her Complaint as though stated in length herein.

21.    The conduct of Defendant David Neil, Jr., performed in his official capacity and under color of state law, constituted intentional, willful, wanton, deliberate and malicious infringement on, violation and intentional and reckless disregard of Plaintiff's Constitutional Rights to Equal Protection under the Law based on her female gender.

WHEREFORE, Plaintiff Maura McCormick seeks the award of Punitive Damages.

Respectfully submitted,

**GALFAND BERGER, L.L.P.**

BY:    _____
DEBRA A. JENSEN, ESQUIRE
HENRY YAMPOLSKY, ESQUIRE
1835 Market Street Suite 2710
Philadelphia, PA 19103
(215) 665-1600
Fax: (215) 564-2262
djensen@galfandberger.com
hyampolsky@galfandberger.com
Attorneys for Plaintiff Maura McCormick

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURA McCORMICK | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO  10-cv-1660 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF BUCKS | : | |
| and | : | |
| | : | |
| **DAVID NEIL, JR., Individually and in** | **:** | |
| **His Official Capacity with the County** | **:** | |
| **Of Bucks** | **:** | |
| **Defendants.** | **:** | |

### CERTIFICATE OF SERVICE

I, Henry Yampolsky, Esquire, hereby certify that a true and correct copy of Plaintiff's

Second Amended Complaint was served on the following individuals via United States Postal

Service, First Class Mail, Postage pre-paid on May 26, 2010:

County of Bucks
55 East Court Street
Doylestown, PA  18901

David Neil, Jr.
c/o County of Bucks
55 East Court Street
Doylestown, PA  18901

GALFAND BERGER, L.L.P.

BY: _____
HENRY YAMPOLSKY, ESQUIRE
1835 Market Street
Suite 2710
Philadelphia, PA 19103
(215) 665-1600
Fax:  (215) 564-2262
hyampolsky@galfandberger.com
Attorney for Plaintiff Maura McCormick

6