IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURA McCORMICK | : Civil Action<br>: No. 10-cv-1660 |
| v. | : |
| COUNTY OF BUCKS<br>and<br>DAVID NEIL, JR. | : |
| | |
| NICOLE CRESCENZO | : Civil Action<br>: No. 10-cv-2522 |
| v. | : |
| COUNTY OF BUCKS<br>and<br>DAVID NEIL, JR. | : |
| | |
| MARIE FUNK | : Civil Action<br>: No. 10-cv-2553 |
| v. | : |
| COUNTY OF BUCKS<br>and<br>DAVID NEIL, JR. | : |

**DEFENDANT, DAVID NEIL, JR.'S MOTION FOR SUMMARY JUDGMENT**

Defendant, David Neil, Jr., by his attorney, James A. Downey, III, Esquire, submits to this Honorable Court a Motion for Summary Judgment and sets forth as follows:

1.      The Plaintiffs in these cases have made, essentially, the same allegations against Defendant, David Neil, Jr.

2.      The Plaintiffs' Complaints allege a violation of their rights and make claims pursuant to 42 U.S.C. § 1983 alleging sexual harassment by Defendant, David Neil, Jr., and creating a hostile work environment for the Plaintiffs based on their female gender.

494526.1

3.  Defendant, David Neil, Jr., incorporates by reference herein, the Statement of Undisputed Facts prepared and filed with the Motion for Summary Judgment and the Statement of Material Facts filed with the Motion for Summary Judgment, a copy of each is attached hereto and marked Exhibit "A" and Exhibit "B" respectively in this Motion.

4.  Defendant, David Neil, Jr., denies the allegations set forth in the Complaints.

5.  Defendant, David Neil, Jr., as Assistant Superintendent of the Bucks County Radio Room, did the scheduling for the Bucks County, Pennsylvania dispatchers.

6.  Defendant, David Neil, Jr., did not, and could not, discipline employees.

7.  Plaintiffs allege that Defendant, David Neil, Jr., in the Complaints filed by each of them, that Mr. Neil acted under the color of state law.

8.  If Defendant, David Neil, Jr., did not act under the color of state law, there is no cognizable claim for the Plaintiffs in these causes of action.

9.  Plaintiffs must establish that any alleged abusive acts by Defendant, David Neil, Jr., were perpetrated under the color of state law.

10. The mere fact that Defendant, David Neil, Jr., was employed by the County of Bucks does not make him a "state actor" or acting under the color of state law.

11. Defendand, David Neil, Jr., if he did perform acts as the Plaintiff's allege in their claims, he did so not under the color of state law.

12. There is no genuine issue of material fact that Defendant, David Neil, Jr., acted under the color of state law.

WHEREFORE, the Plaintiffs have failed to state a claim upon which relief can be granted under and pursuant to 42 U.S.C. § 1983.

                              Respectfully sumtitted,

                              Begley, Carlin & Mandio, LLP

                              By:   /s/  JD1278
                              **James A. Downey, III, Esquire**
                              Attorney I.D. #17533
                              680 Middletown Boulevard
                              P.O. Box 308
                              Langhorne, PA 19047
                              (215) 750-0110
                              *Attorney for Defendant, David Neil, Jr.*

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURA McCORMICK | : Civil Action |
|  | : No. 10-cv-1660 |
| v. | : |
|  | : |
| COUNTY OF BUCKS | : |
| and | : |
| DAVID NEIL, JR. | : |

| | |
|---|---|
| NICOLE CRESCENZO | : Civil Action |
|  | : No. 10-cv-2522 |
| v. | : |
|  | : |
| COUNTY OF BUCKS | : |
| and | : |
| DAVID NEIL, JR. | : |

| | |
|---|---|
| MARIE FUNK | : Civil Action |
|  | : No. 10-cv-2553 |
| v. | : |
|  | : |
| COUNTY OF BUCKS | : |
| and | : |
| DAVID NEIL, JR. | : |

## STATEMENT OF UNDISPUTED FACTS

Defendant, David Neil, Jr., by his attorney, James A. Downey, III, Esquire, submits the following facts as a Statement of Undisputed Facts in his Motion for Summary Judgment per the Court's Order of June 29, 2010.

1. Defendant, David Neil, Jr., was promoted to Assistant Superintendent of the Bucks County Radio Room on September 1, 2002 (D. Neil Deposition pp. 31 and 369).

2. David Neil, Jr. retired from his position as Assistant Superintendent effective May 2, 2008 (D. Neil Deposition p. 52).

3. David Neil, Jr. was an Assistant Superintendent when the Plaintiffs were employed as dispatchers for the Bucks County Radio Room (N.Crescenzo Deposition p. 91; M. Funk Deposition p. 6; M. McCormick Deposition p. 5).

4. David Neil, Jr. did not have the power to discipline employees (D. Neil Deposition, pp. 325-326).

5. Carmen Thome was the Director of Human Resources for Bucks County from August 1999 to December 2008 (C. Thome Deposition pp. 9-11).

6. Defendant, David Neil, Jr., reported to C. Thome regarding schedules and nothing else (C. Thome Deposition p. 40).

7. If an employee of Bucks County was to be disciplined it would be through the Human Resources Department (C. Thome Deposition p. 73-74).

Respectfully submitted,

Begley, Carlin & Mandio, LLP

By: /s/ JD1278
James A. Downey, III, Esquire
Attorney I.D. #17533
680 Middletown Boulevard
P.O. Box 308
Langhorne, PA 19047
(215) 750-0110
*Attorney for Defendant, David Neil, Jr.*

494509.1

# EXHIBIT "B"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURA McCORMICK | : Civil Action<br>: No. 10-cv-1660 |
| v. | : |
| COUNTY OF BUCKS<br>and<br>DAVID NEIL, JR. | : |

| | |
|---|---|
| NICOLE CRESCENZO | : Civil Action<br>: No. 10-cv-2522 |
| v. | : |
| COUNTY OF BUCKS<br>and<br>DAVID NEIL, JR. | : |

| | |
|---|---|
| MARIE FUNK | : Civil Action<br>: No. 10-cv-2553 |
| v. | : |
| COUNTY OF BUCKS<br>and<br>DAVID NEIL, JR. | : |

### DEFENDANT, DAVID NEIL, JR.'S STATEMENT OF MATERIAL FACTS SUBMITTED PURSUANT TO THE COURT'S ORDER OF JUNE 29, 2010

1. Defendant, David Neil, Jr., was promoted to Assistant Superintendent of the Bucks County Radio Room on September 1, 2002 (D. Neil Deposition pp. 31 and 369).

2. David Neil, Jr. retired from his position as Assistant Superintendent effective May 2, 2008 (D. Neil Deposition p. 52).

3. David Neil, Jr. was an Assistant Superintendent when the Plaintiffs were employed as dispatchers for the Bucks County Radio Room (N.Crescenzo Deposition p. 91; M. Funk Deposition p. 6; M. McCormick Deposition p. 5).

4.   David Neil, Jr. did not have the power to discipline employees (D. Neil Deposition, pp. 325-326).

5.   Carmen Thome was the Director of Human Resources for Bucks County from August 1999 to December 2008 (C. Thome Deposition pp. 9-11).

6.   Defendant, David Neil, Jr., reported to C. Thome regarding schedules and nothing else (C. Thome Deposition p. 40).

7.   If an employee of Bucks County was to be disciplined it would be through the Human Resources Department (C. Thome Deposition p. 73-74).

8.   Plaintiff, Nicole Crescenzo, alleges sexual harassment by Defendant, David Neil, Jr., from 2002 to 2008 (N. Crescenzo Deposition pp. 27 and 31).

9.   Plaintiff, Nicole Crescenzo, prepared written statements of her allegations of harassment (N. Crescenzo Deposition Exhibits 2 and 3).

10.  Plaintiff, Nicole Crescenzo, alleges in her Complaint a deprivation of her civil rights in an action filed pursuant to 42 U.S.C. § 1983 (Complaint, ¶ 2).

11.  Plaintiff, Nicole Crescenzo, alleges in her Complaint that Defendant, David Neil, Jr., acted under the color of state law (Complaint, ¶'s 10 and 11).

12.  Plaintiff, Marie Funk, alleges in her Complaint a deprivation of her civil rights in this action filed pursuant to 42 U.S.C. § 1983 (Complaint, ¶ 2).

13.  Plaintiff, Marie Funk, states in her Complaint that Defendant, David Neil, Jr., acted under color of state law (Complaint, ¶'s 10 and 11).

14.  Plaintiff, M. McCormick, gave a prepared written statement of her allegations of harassment (M. McCormick Deposition, Exhibit 4).

15.  Plaintiff, M. McCormick alleges in her Complaint a deprivation of her civil rights in an action filed pursuant to 42 U.S.C. § 1983 (Complaint, ¶ 2).

494511.1

16.    Plaintiff, M. McCormick, alleges that Defendant, David Neil, Jr., acted under color of state law (Complaint, ¶'s 10 and 11).

Respectfully submitted,

Begley, Carlin & Mandio, LLP

By: /s/ JD1278
James A. Downey, III, Esquire
Attorney I.D. #17533
680 Middletown Boulevard
P.O. Box 308
Langhorne, PA 19047
(215) 750-0110
*Attorney for Defendant, David Neil, Jr.*

494511.1