### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAURA McCORMICK** | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| **COUNTY OF BUCKS** | : |
| and | : NO. 10-1660 |
| **DAVID NEIL, JR.** | : |

### ORDER

**AND NOW**, this 28th day of February, 2011, upon consideration of the motions for summary judgment, it is **ORDERED** that oral argument will be heard on **Thursday, March 3, 2011**, at **10:00 a.m.**, in Courtroom 9A.

The parties shall be prepared to address the following:

1. Can a policymaker delegate policy making decisions to subordinates whose decisions are subject to review;

2. How is a "policymaker" defined;

3. What evidence is there that a policymaker knew or should have known of Neil's alleged sexual harassment.


       /s/Timothy J. Savage
      TIMOTHY J. SAVAGE, J.