IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURA McCORMICK** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COUNTY OF BUCKS** | : | |
| and | : | **NO. 10-1660** |
| **DAVID NEIL, JR.** | : | |

## ORDER

**AND NOW**, this 3rd day of March, 2011, it having been reported that the issues between the parties in this action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.